# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9489 PA (JCx) | Date | January 28, 2011 |
|---|---|---|---|
| Title | Joyce Ann Murrell v. Colleen Dennis, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **IN CHAMBERS** - ORDER TO SHOW CAUSE

Before the Court is plaintiff Joyce Ann Murrell's ("Plaintiff") Application to Serve Summons by Federal Marshals ("Application"). The magistrate granted Plantiff's request to proceed in forma pauperis on December 17, 2010. Plaintiff thus requests that the Federal Marshals' Office serve her summons and complaint pursuant to 28 U.S.C. § 1915(d).

The Court has reviewed Plaintiff's Complaint and notes that there are serious questions as to whether Plaintiff has stated valid claims which would establish a basis for this Court's jurisdiction under 28 U.S.C. § 1331. Therefore, as a threshold issue to determining whether Plaintiff's Application should be granted, the Court orders Plaintiff to show cause in writing why her in forma pauperis status should not be revoked due to the lack of viable federal claims upon which the Court may base its jurisdiction. See O'Loughlin v. Doe, 920, F.2d 614, 616 (9th Cir. 1990)(noting that in forma pauperis status can be denied "if it appears from the face of the proposed complaint that the action is frivolous or without merit."). If the Court determines that Plaintiff may continue to proceed in forma pauperis it will then rule on Plaintiff's Application.

Plaintiff shall file her response no later than February 11, 2011. Failure to file a response by this date may result in the imposition of sanctions, including dismissal of this action without prejudice.

| | : | N/A |
|---|---|---|
| | Initials of Preparer | |