UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE ANN MURRELL, | CV 10-9489 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| COLLEEN DENNIS, et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order dated February 28, 2011 and Minute Order dated April 2, 2011,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims for identification fraud under 18 U.S.C. § 1028; civil rights violations under 18 U.S.C. §§ 241, 245, and 246; obstruction of justice under 18 U.S.C. § 1512; counterfeiting and forgery under 18 U.S.C. §§ 470, 472, 474, 493, and 514; perjury under 18 U.S.C. §§ 1621 and 1623; violation of the Gramm-Leach-Bliley Act, 15 U.S.C. § 6821(a); denial of access to the courts under 42 U.S.C. §§ 1983; 1985; and 1986; malicious prosecution under 42 U.S.C. §§ 1983, 1985, and 1986; and violation of the Crime Victims' Rights Act, 18 U.S.C. § 3771 are dismissed with prejudice.

1       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's state law claims are dismissed without prejudice.

      IT IS SO ORDERED.

DATED: April 2, 2011                               _____
                                                        Percy Anderson
                                        UNITED STATES DISTRICT JUDGE